No. 11–9605.  COX *v.* MADIGAN, ATTORNEY GENERAL OF ILLINOIS, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 11–9640.  KARTIGANER *v.* NEWMAN, SHERIFF, HUERFANO COUNTY, COLORADO, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 11–9645.  DOYLE *v.* LAW, WARDEN, ET AL.  C. A. 9th Cir. Certiorari denied.

No. 11–9648.  CAYLOR *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 11–9649.  WILSON *v.* REDNOUR, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 11–9656.  GRIGSBY *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 11–9657.  FINKLEA *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 11–9658.  HAYNES *v.* ILLINOIS.  App. Ct. Ill., 3d Dist. Certiorari denied.

No. 11–9660.  GRAY *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 11–9667.  WASHINGTON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 11–9668.  DEVINE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–9669.  PERKINS *v.* COOPER, ATTORNEY GENERAL OF TENNESSEE.  C. A. 6th Cir.  Certiorari denied.

No. 11–9670.  MORALES-PENA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–9677.  JENNINGS *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 11–9678.  FLORES *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–9682.  RAMSEY *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.